**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

| | |
|---|---|
| LYNN HARPER WILSON<br>STAFF ATTORNEY | MAXSEN CHAMPION<br>STAFF ATTORNEY |

February 9, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

RE:   06-31385 Bigness

Dear Clerk:

Enclosed please find check #784241 in the amount of $9.76. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.009

| Acct# | Name | Mercantile Adjustment Bureau |
|---|---|---|
| | Address | 803 West Ave. Suite 197 |
| | Address | Rochester, NY 14611-2400 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

/s/ Kristie M. Moore

Kristie M. Moore
Account Clerk

Enc.

**FILED**
FEB 16 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**RECEIVED**
FEB 16 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY